UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

ANTONIO MARTEZ,

                         Plaintiff,

   - against -

GRYPPERS, INC.

                         Defendant.

Docket No. 4:19-cv-00052

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Antonio Martez ("Martez" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Gryppers, Inc. ("Gryppers" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted Photographs of model athletes, owned and registered by Martez, a professional Photographer. Accordingly, Martez seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant transacts business in North Carolina and is registered with the North Carolina Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Martez is a professional Photographer in the business of licensing his Photographs for a fee having a usual place of business at 25 Hudson Street #210, Jersey City, NJ 07302.

6. Upon information and belief, Gryppers is a domestic business company organized and existing under the laws of the State of North Carolina, with a place of business at 514 Daniels St., Suite 226, Raleigh, NC 27605. Upon information and belief, Gryppers is registered with the North Carolina State Department of Corporations to do business in North Carolina. At all times material hereto, Gryppers has owned and operated a website at the URL: www.Gryppers.com (the "Website").

## STATEMENT OF FACTS

**A.    Background and Plaintiff's Ownership of the Photographs**

7. Martez photographed model athletes (the "Photographs"). True and correct copies of the Photographs are attached hereto as Exhibit A.

8. Martez is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9. The Photographs was registered with United States Copyright Office and was given Copyright Registration Number VAu 1-280-740.

**B.    Defendant's Infringing Activities**

10. Gryppers ran the Photographs on their Website and promotional materials. Screenshots of the Photographs on the Website and promotional materials are attached hereto as Exhibit B.

11. Gryppers did not license the Photographs from Plaintiff for its Website, nor did Gryppers have Plaintiff's permission or consent to publish the Photographs on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Gryppers infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. Gryppers is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Gryppers have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Gryppers be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Charlotte, North Carolina
April 9, 2019

        CLEMENTS BERNARD WALKER

        By: /s/Seth L. Hudson
        Seth L. Hudson
        4500 Cameron Valley Parkway
        Suite 350
        Charlotte, North Carolina 28211
        Tele: 704-790-3600
        SHudson@worldpatents.com

        LIEBOWITZ LAW FIRM, PLLC

        By:/s/Richard Liebowitz
        Richard P. Liebowitz
        11 Sunrise Plaza, Suite 305
        Valley Stream, New York 11580
        Tele: 516-233-1660
        RL@LiebowitzLawFirm.com

        (*Pro Hac Vice Forthcoming*)

        *Attorneys for Plaintiff Antonio Martez*