IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-52-BO

| | |
|---|---|
| ANTONIO MARTEZ,<br>     Plaintiff, | )<br>)<br>) |
| v. | )    **ORDER** |
| GRYPPERS, INC.<br>     Defendant. | )<br>)<br>) |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The Honorable Terrence W. Boyle, Chief United States District Judge, will remain the presiding judge. **All future documents shall reflect the new case number of 5:19-CV-140-BO.** No further filing shall be made in 4:19-CV-52-BO.

SO ORDERED. This 9th day of April, 2019.

_____
Peter A. Moore, Jr.
Clerk of Court