IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
No. 5:19-CV-00140-BO

| ANTONIO MARTEZ, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF SETTLEMENT** |
| v. | ) | **AND DISMISSAL WITH PREJUDICE** |
| | ) | |
| GRYPPERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Antonio Martez and defendant Gryppers, Inc., through undersigned counsel, hereby stipulate that this action has settled and all claims and counterclaims asserted herein are DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

This the 10th day of July, 2020.

/s/ Richard P. Liebowitz
Richard P. Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York
Telephone: (516) 233-1660
Facsimile: (516) 612-2740
RL@LiebowitzLawFirm.com


/s/ Albert P. Allan
Albert P. Allan
N.C. State Bar No. 18882
ALLAN LAW FIRM, PLLC
409 East Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 371-5605
Facsimile: (704) 372-7411
alallan@allaniplitigation.com

Attorneys for Antonio Martez

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
jmorris@smithlaw.com

Attorneys for Gryppers, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that, on the 10th day of July, 2020, I electronically filed the foregoing Stipulation of Settlement and Dismissal with Prejudice with the Clerk of Court using the CM/ECF System, which will send notification to the attorneys of record for Antonio Martez as follows:

  Albert P. Allan      alallan@allaniplitigation.com

  Richard P. Liebowitz    RL@LiebowitzLawFirm.com


              /s/ Robert J. Morris
              Robert J. Morris
              N.C. State Bar No. 15981
              SMITH, ANDERSON, BLOUNT, DORSETT,
              MITCHELL & JERNIGAN, LLP
              2300 Wells Fargo Capitol Center
              150 Fayetteville Street
              Raleigh, North Carolina 27601
              Telephone: (919) 821-1220
              Facsimile: (919) 821-6800
              jmorris@smithlaw.com